**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KRISTEN BOOTY** | **CIVIL ACTION** |
| **VERSUS** | |
| **UNITED FIRE AND CASUALTY COMPANY, ET AL.** | **NO. 22-00449-BAJ-EWD** |

## JUDGMENT

Considering the parties' **Joint Stipulation Of Dismissal (Doc. 29)**, which is signed by counsel for all remaining parties and dismisses the above caption action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 29th day of September, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**